IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH ZANDI : <br> : CIVIL ACTION NO. 02-CV-3072 <br> Plaintiff, : <br> : <br> v. : <br> : <br> BAYER CORPORATION; : ENTRY OF APPEARANCE <br> BAYER AG; : <br> GLAXOSMITHKLINE, PLC; : <br> GLAXOSMITHKLINE; : <br> SMITHKLINE BEECHAM : <br> : <br> Defendants. : | |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

  Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____     _____
Hope S. Freiwald            Aline Fairweather

_____     _____
Alison T. Conn             Kirstin J. Miller

Dated: July 25, 2002        DECHERT PRICE & RHOADS
                     4000 Bell Atlantic Tower
                     1717 Arch Street
                     Philadelphia, PA 19103-2793
                     (215) 994-4000